# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EAST GATE-LOGISTICS PARK CHICAGO, LLC and NORTHPOINT DEVELOPMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CENTERPOINT PROPERTIES TRUST; CENTERPOINT JOLIET TERMINAL RAILROAD, LLC; and HOUBOLT ROAD EXTENSION JV, LLC, <br><br> Defendants. | Case No. 1:24-cv-3742 <br><br> Hon. LaShonda A. Hunt |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on Thursday, July 11, 2024 at 10:00 am, or as soon thereafter as counsel may be heard, counsel for Defendants CenterPoint Properties Trust, CenterPoint Joliet Terminal Railroad, LLC, and Houbolt Road Extension JV, LLC will appear before the Honorable LaShonda A. Hunt in Courtroom 1425 at 219 South Dearborn Street, Chicago, IL 60604, and present Defendants' Unopposed Motion for Leave to File Excess Pages.

Dated: July 8, 2024               Respectfully submitted,

/s/ Gary Feinerman
Gary Feinerman (ARDC No. 6206906)
gary.feinerman@lw.com

LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767

*Attorneys for Defendants CenterPoint Properties Trust, CenterPoint Joliet Terminal Railroad, LLC, and Houbolt Road Extension JV, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2024, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which will send a copy of this filing via electronic mail to all attorneys of record.

        */s/ Gary Feinerman*

        Gary Feinerman (ARDC No. 6206906)
        *gary.feinerman@lw.com*

        LATHAM & WATKINS LLP
        330 North Wabash Avenue, Suite 2800
        Chicago, IL 60611
        Telephone: +1.312.876.7700
        Facsimile: +1.312.993.9767

        *Attorneys for Defendants CenterPoint Properties Trust, CenterPoint Joliet Terminal Railroad, LLC, and Houbolt Road Extension JV, LLC*