# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EAST GATE-LOGISTICS PARK CHICAGO, LLC, and NORTHPOINT DEVELOPMENT, LLC, ) ) ) ) | |
| Plaintiffs, ) | Case No. 1:24-cv-03742 |
| ) | |
| v. ) | Hon. LaShonda A. Hunt |
| ) | |
| CENTERPOINT PROPERTIES TRUST; CENTERPOINT JOLIET TERMINAL RAILROAD, LLC; HOUBOLT ROAD EXTENSION JV, LLC, ) ) ) ) | |
| ) | |
| Defendants. ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs East Gate-Logistics Park Chicago, LLC and NorthPoint Development, LLC, in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the <u>Order granting Defendants' Motion to Stay under Colorado River</u> entered in this action on September 23, 2024.

Dated: September 24, 2024        Respectfully submitted,

/s/ Robert J. Palmersheim
Robert J. Palmersheim
Timothy G. Parilla
Kathryn L. Wilhoit
Honigman LLP
155 N. Wacker Dr., Ste. 3100
Chicago, IL 60606
(312) 701-9300
rpalmersheim@honigman.com
tparilla@honigman.com
kwilhoit@honigman.com

Herbert F. Allen (pro hac vice)
Honigman LLP

1

1440 New York Ave. NW, Ste. 200
Washington, DC 20005
(202) 899-4133
hallen@honigman.com

*Attorneys for East Gate-Logistics Park Chicago, LLC and NorthPoint Development, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 24, 2024, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which will send a copy of this filing via electronic mail to all attorneys of record.

                        */s/ Robert J. Palmersheim*
                        Robert J. Palmersheim
                        rpalmersheim@honigman.com
                        Honigman LLP
                        155 N. Wacker Dr., Ste. 3100
                        Chicago, IL 60606
                        Tel: (312) 701-9300