IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EAST GATE-LOGISTICS PARK CHICAGO, LLC and NORTHPOINT DEVELOPMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERPOINT PROPERTIES TRUST; CENTERPOINT JOLIET TERMINAL RAILROAD, LLC; and HOUBOLT ROAD EXTENSION JV, LLC,<br><br>Defendants. | Case No. 1:24-cv-3742<br><br>District Judge LaShonda A. Hunt |

## NOTICE OF CROSS-APPEAL

Notice is given that Defendants CenterPoint Properties Trust, CenterPoint Joliet Terminal Railroad, LLC, and Houbolt Road Extension JV, LLC, hereby appeal to the United States Court of Appeals for the Seventh Circuit from this Court's order dated September 23, 2024, Dkt. No. 89, insofar as it denied Defendants' motion to dismiss for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1), Dkt. No. 61, and denied without prejudice Defendants' motion to dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), Dkt. No. 50.

Dated: October 8, 2024                     Respectfully submitted,

/s/ Gary Feinerman

Gary Feinerman (ARDC No. 6206906)
gary.feinerman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767

1

Lawrence E. Buterman (*pro hac vice*)
lawrence.buterman@lw.com
Ben Harris (*pro hac vice*)
ben.harris@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
Facsimile:  +1.212.751.4864

Alicia Rita Jovais (*pro hac vice*)
alicia.jovais@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600
Facsimile:  +1.415.395.8095

*Attorneys for Defendants CenterPoint Properties Trust, CenterPoint Joliet Terminal Railroad. LLC, and Houbolt Road Extension JV, LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2024, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which will send a copy of this filing via electronic mail to all attorneys of record.

*/s/ Gary Feinerman*

Gary Feinerman (ARDC No. 6206906)
gary.feinerman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767